UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:23-cv-22760-JEM

**RAYMOND T. MAHLBERG,**

    Plaintiff,

v.

**JIL SANDER USA INC,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff **Raymond T. Mahlberg**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Stipulation of Dismissal will be filed within sixty (60) days.

 Dated this 24th day of October 2023.

                                                    By: __/s/ *Acacia Barros*____
                                                  Acacia Barros, Esq.
                                                  Fla. Bar No. 106277
                                                  **ACACIA BARROS, P.A.**
                                                  11120 N. Kendall Dr., Suite 201
                                                  Miami, Florida 33176
                                                  Telephone: 305-639-8381
                                                  ab@barroswlawfirm.com
                                                  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of October 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney.

                                               */s/ Acacia Barros*
                                               Acacia Barros, Esq.
                                               ACACIA BARROS, P.A